IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-10-00179-CV

 

Gloria Morgan and Clyde Dale Morgan,

                                                                                                Appellants

 v.

 

American National Credit Corporation,

                                                                                                Appellee

 

 

 



From the 413th District
Court

Johnson County, Texas

Trial Court No. C200700369

 



MEMORANDUM  Opinion



 








The parties have filed a joint
motion to dismiss this appeal.  Accordingly, the appeal is dismissed.  See Tex. R. App. P. 42.1(a)(1).  Pursuant
to the motion, costs are taxed against the party incurring same.  Id. 42.1(d).

 

FELIPE REYNA

                                                                                                Justice


Before Chief
Justice Gray,

Justice
Reyna, and

Justice
Davis

Appeal
dismissed

Opinion
delivered and filed July 7, 2010

[CV06]